UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES LAUER, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:07CV1443 CDP |
| | ) | |
| EDWARD D. JONES & CO., L.P., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For reasons stated in plaintiff's motion to set aside this Court's dismissal order of February 15, 2008,

**IT IS HEREBY ORDERED** that plaintiff's motion [#8] to set aside the dismissal order is GRANTED, and this case is reopened. A Rule 16 Conference will be scheduled once counsel for the defendant has entered an appearance and an answer has been filed.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 21st day of February, 2008.